24220. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY *v.* YATES.

SUTTON, J. Under the decision and judgment of the Supreme Court of Georgia in this case, 184 *Ga.* 42 (190 S. E. 560), pursuant to the decision of the Supreme Court of the United States (299 U. S. 178, 57 Sup. Ct. 129, 81 L. ed. . . . ), the decision and judgment of this court in 50 *Ga. App.* 713 (179 S. E. 239) are vacated and set aside; and for the reasons stated in the decision of the Supreme Court of Georgia, in accordance with the decision of the Supreme Court of the United States, the judgment of the city court of Carrollton, overruling the motion for new trial of John Hancock Mutual Life Insurance Company, was error and must be reversed.

*Judgment reversed. Stephens, P. J., and Felton, J., concur.*

DECIDED MAY 15, 1937.

*Smith, Smith & Bloodworth, Boykin & Boykin, W. H. Smith,* for plaintiff in error.

*Smith & Millican,* contra.